I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/4/2010

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FLOWERS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LARRY SMALL,<br><br>　　　　　Respondent. | CV 08-7941 SVW (RNB)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The Court has made a _de novo_ determination with respect to those portions of the Report and Recommendation to which objection has been made.

1  The Court notes that Petitioner's claim of prosecutorial
2  misconduct involve far less significant misconduct than was at issue in
3  United States v. Harrison, 585 F.3d 1155 (9th Cir. 2009), amending and
4  superceding 578 F.3d 1005.  The Harrison majority explained that
5  "[i]mproper questioning was an organizational theme for the
6  prosecutor's entire cross-examination."  585 F.3d at 1159.  The
7  Harrison dissent "counted at least twenty-six separate questions of
8  this nature."  Id. at 1164 (Bybee, J., dissenting).  In Peitioner's
9  case, in contrast, Petitioner identifies only a few isolated instances
10 of misconduct.  (See Report and Recommendation at 26:19-20.)

11 The Ninth Circuit's Harrison case is an important guidepost for
12 another reason: despite the widespread misconduct at issue in that
13 case, the court affirmed the defendant's conviction.  The court held
14 that the prosecutors' misconduct was not prejudicial because there was
15 additional evidence of his guilt and the court provided the jury with a
16 curative instruction.  Id. at 1159.

17 The Magistrate Judge's analysis shows that Petitioner's case was
18 not prejudiced for the same reasons as the ones that the Harrison court
19 identified.  Because the Magistrate Judge's "prejudice" analysis under
20 Strickland (see Report and Recommendation at 27) is entirely consistent
21 with the "prejudice" analysis of prosecutorial misconduct in Harrison,
22 585 F.3d at 1159, the Court adopts the Report and Recommendation.
23 Because Petitioner's ineffective assistance of counsel claim fails, he
24 has procedurally defaulted his substantive claim of prosecutorial
25 misconduct.
26 ///
27 ///
28

It therefore is ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: 1/27/10

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE